184 So. 922

**Willie TERRY v. STATE.**
**2 Div. 646.**

Court of Appeals of Alabama.
Nov. 8, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

184 So. 922

**Champ THOMAS, alias Nub. v. STATE.**
**4 Div. 421.**

Court of Appeals of Alabama.
Nov. 22, 1938.

J. N. Mullins, of Dothan, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

188 So. 927

**Harry THOMAS v. STATE.**
**1 Div. 338.**

Court of Appeals of Alabama.
April 11, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

185 So. 927

**Leo THOMAS v. STATE.**
**6 Div. 347.**

Court of Appeals of Alabama.
Dec. 20, 1938.

J. Howard Perdue, Jr., of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

184 So. 915

**Haygood (alias M. H.) THOMPSON v. STATE.**
**4 Div. 413.**

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.